IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGINALD MOORE, #254 232, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:11-cv-847-TMH |
| | ) | [wo] |
| GARY HETZEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On April 18, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 24).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for failure to comply with the orders of this court, abandonment of the claims set forth in the complaint and failing to prosecute this action.  A Judgment in favor of the Defendants shall be forthcoming.

DONE this 21st day of May, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE